UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                               Case No. 8:08-bk-11059-CED

International Turf Applicators, LLC                  Chapter 7

          Debtor.
_____/

## TRUSTEE'S MOTION TO APPROVE PROPOSED
## COMPROMISE OF CONTROVERSY AND REQUEST FOR HEARING

Carolyn R. Chaney, Trustee, hereby gives notice to parties in interest, pursuant to the provisions of F.R.B.P. 9019, and moves the Court to enter an order approving the following proposed compromise of the estate's interest in litigation pending in the U.S. District Court for the Eastern District of Louisiana. The Trustee requests this matter be set for hearing and moves that service of any Order granting or denying this motion be limited to the debtor, debtor's attorney, the Trustee, other parties to the proposed transaction, and objecting party, if any, and in support thereof says:

1.   Background:

On the Petition Date, July 25, 2008, the Debtor was involved in litigation pending in the United States District Court for the Eastern District of Louisiana (Civil Action No. 07-4528, Section E). In that matter, the Debtor had filed suit against Phoenix Associates Land Syndicate, Inc. ("PALS"), Paul Alonzo, and Ronald Blackburn seeking recovery for a breach of contract, breach of partnership, unfair trade practices, conversion, unjust enrichment, detrimental reliance, and common law fraud all related to the Debtor's work on a gravel mine owned by PALS, located in St. Tammany Parish, Louisiana. This matter was set for trial on June 11, 2009. However, PALS filed for Chapter 11 bankruptcy protection the day before trial, which necessitated a continuance to comply with the provisions of 11 U.S.C. §362. The litigation proceeded against Mr. Alonzo and Mr. Blackburn, and trial was reset for January 14, 2010.[1] On the eve of trial, the parties reached an agreement which was memorialized as a consent judgment.[2]

The Debtor filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code on July 25, 2008 and this action became property of the bankruptcy estate.

---

[1] This is the second time the Debtor prepared the case for trial prior to a last minute continuance requested by Defendants.

[2] The Chapter 7 Trustee has filed a Proof of Claim on behalf of the Debtor in the PALS bankruptcy case.

2.     The Controversy:
       Trustee's Position:

The Trustee alleges that the damages suffered by the Debtor, International Turf Applicators, Inc., were caused by actions of PALS. As such, PALS is liable to the bankruptcy estate for the damages suffered by the Debtor and the estate.

3.     Phoenix Associates Land Syndicate, Inc.'s Position:

Without admitting liability, Phoenix Associates Land Syndicate, Inc. has offered $255,000.00 to settle the litigation. Under the terms of the consent judgment, Ronald Blackburn agreed to pay $225,000.00 to the Trustee in two installments with $100,000 due on or before April 7, 2010 and a second payment of $125,000.00 due on or before July 7, 2010.

4.     Compromise:

Phoenix Associates Land Syndicate, Inc. shall pay $225,000.00 to Carolyn R. Chaney, Trustee, which the Trustee will accept in full satisfaction of any and all claims, known or unknown, past, present or future, which the Debtor or the bankruptcy estate could assert against Phoenix Associates Land Syndicate, Inc. as a result of the aforementioned litigation. The Trustee will provide the appropriate releases after the compromise of this matter has been approved by this Court. The Trustee has received the amount of $225,000.00 from Mr. Blackburn. The District Court has entered its Order of Dismissal on July 26, 2011 ruling that the consent judgment in favor of the Debtor has been fully satisfied.

5.     Best Interests of the Estate:

The Debtor, International Turf Applicators, Inc., suffered damages as a result of the actions of Phoenix Associates Land Syndicate, Inc. ("PALS"), Paul Alonzo, and Ronald Blackburn related to the Debtor's work on a gravel mine owned by PALS. PALS, Paul Alonzo, and Ronald Blackburn are liable to the bankruptcy estate on behalf of the Debtor. In order to avoid the expense and uncertainty of litigation, PALS has offered a total of $225,000.00 to settle the litigation and the Trustee files this motion to settle the claim for that amount.

The settlement and compromise of this litigation as set forth above permits the Trustee to avoid the burden, expense and uncertainty of litigation. It allows the parties to resolve, fully and forever, all past, present and future disputes among them. The compromise permits the Trustee to make a timely distribution to allowed creditors in the case. It is very possible that if this matter were to proceed to trial, the estate would actually net less than it would with the current settlement offer when taking into account the additional time and expense of litigation.

The Trustee has been informed by counsel that the settlement offer should be accepted for the reasons set forth above, and that the settlement as outlined, represents fair value to the estate when considering the totality of the circumstances.

WHEREFORE, for the foregoing reasons, the Trustee believes that the acceptance of the settlement offer upon the terms set forth herein and the payment of $225,000.00 into the bankruptcy estate is in the best interests of the creditors of the estate and hereby requests that the Court enter an Order approving the proposed settlement as described herein.

DATED: November 16, 2011.                 /s/Carolyn R. Chaney, Trustee
                                          Post Office Box 530248
                                          St. Petersburg, FL  33747-0248
                                          Telephone: (727) 864-9851
                                          Facsimile: (727) 864-3706
                                          Email: carolyn.chaney@earthlink.net


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic or U.S. Mail Delivery, on November 16, 2011, to:

Office of U.S. Trustee, at USTPRegion21.TP.ECF@USDOJ.GOV
Debtor: International Turf Applicators, Inc., 1313 E. Edgewood Drive, Lakeland, FL  33803
Attorney for Debtor: Allan Summers-Powell, Esquire, P.O. Box 6043, Palm Harbor, FL 34684
Joseph F. Lavigne, Esquire, Jones Walker, 201 St. Charles Avenue, New Orleans, LA  70170
Attached Creditor Matrix.

                                          /s/Carolyn R. Chaney, Trustee

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:08-bk-11059-CED<br>Middle District of Florida<br>Tampa<br>Wed Nov 16 14:32:25 EST 2011 | Bay Area Auction Services, Inc.<br>8010 US Hwy. 19 N.<br>Pinellas, FL 33781-1743 | Deere & Company<br>PO Box 6600<br>Johnston, IA 50131-6600 |
| Caryl E. Delano<br>Tampa | Florida Dept of Labor and Security<br>Hartman Building, Suite 307<br>2012 Capital Circle, Southeast<br>Tallahassee, FL 32399-6583 | Florida Dept of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| H&E Equipment Services, Inc.<br>c/o Worman & Sheffler, PA<br>2707 W. Fairbanks Ave.<br>Suite 200<br>Winter Park, FL 32789-3342 | IRS<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | International Turf Applicators, Inc.<br>1313 E. Edgewood Drive<br>Lakeland, FL 33803-3225 |
| Kubota Credit Corporation<br>P. O. Box 829009<br>Dallas, TX 75382-9009 | Joseph F Lavigne, Attorney for Trustee<br>Jones, Walker, Waechter, Poitevent<br>201 St Charles Avenue<br>New Orleans, LA 70170-5100 | MidFlorida Federal Credit Union<br>c/o Gregory A. Sanoba<br>422 South Florida Ave<br>Lakeland, FL 33801-5227 |
| Orix Financial Services, Inc.<br>c/o Kathleen S. McLeroy, Esq.<br>Carlton Fields, P.A.<br>P.O. Box 3239<br>Tampa, FL 33601-3239 | (p)FORD MOTOR CREDIT COMPANY<br>PO BOX 6275<br>DEARBORN MI 48121-6275 | Airgas South<br>125 Town Park Dr NW, Ste. 400<br>Kennesaw, GA 30144-5880 |
| Airgas South<br>P. O. Box 9249<br>Marietta, GA 30065-2249 | AmComp Assurance Corp.<br>P. O. Box 88806<br>North Palm Beach, FL 33408-8806 | America Honda Finance Group<br>P. O. Box 1844<br>Alpharetta, GA 30023-1844 |
| American Finasco<br>12818 Hwy 105W, Ste 1A<br>Conroe, TX 77306 | Amigo Enterprises Inc<br>by American InfoSource LP as its agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Amigo Enterprises, Inc.<br>d/b/a Brenton Sound Dock<br>Chalmette, LA 70044 |
| Anna Marie Duffy<br>1313 E. Edgewood Drive<br>Lakeland, FL 33803-3225 | Anna Marie Duffy<br>1313 E. Edgwood Dr.<br>Lakeland, FL 33803-3225 | Blue Sky Development & Leasi<br>5201 N. Washington St.<br>Grand Forks, ND 58203-3800 |
| Boult Cummings Connors Berry<br>P. O. Box 340025<br>Nashville, TN 37203-0025 | Brighthouse<br>P. O. Box 30765<br>Tampa, FL 33630-3765 | Carlton Fields P.A.<br>4221 W. Boy Scout Rd.<br>Tampa, FL 33607-5743 |
| Caterpillar Financial<br>P. O. box 730681<br>Dallas, TX 75373-0681 | Caterpillar Financial Services Corporation<br>c/o Scott M. Grossman, Esq.<br>Greenberg Traurig, P.A.<br>1221 Brickell Avenue<br>Miami, Florida 33131-3224 | Cisco Inc.<br>1702 Townhurst Dr.<br>Houston, TX 77043-2811 |

| | | |
|---|---|---|
| CitiBusiness<br>P. O. Box 6417<br>The Lakes, NV 88901-6417 | Culligan Water<br>2703 Airport Rd.<br>Plant City, FL 33563-1129 | Deere & Company<br>PO Box 6600<br>Johnston, Iowa 50131-6600 |
| Department of Revenue<br>PO Box 6668<br>Tallahassee FL 32314-6668 | Doggett Machinery<br>10110 Aradale Avenue<br>Baton Rouge, LA 70816 | Fastenal Company<br>2001 Theurer Blvd.<br>Winona, MN 55987-9902 |
| Fastenal Company<br>PO Box 978<br>Winona, MN 55987-0978<br>Attn: Legal | FedEx Customer Information Service<br>Attn: Revenue Recovery/Bankruptcy<br>3965 Airways Blvd, Module G, 3rd Floor<br>Memphis, TN 38116-5017 | Fedex<br>P. O. Box 660481<br>Dallas, TX 75266-0481 |
| Fla. Dept. of Revenue<br>P. O. Box 6417<br>Tallahassee, FL 32314-6417 | Ford Motor Credit<br>P. O. Box 105697<br>Atlanta, GA 30348-5697 | Gulf Coast Collections<br>5630 Marquesas Cr.<br>Sarasota, FL 34233-3331 |
| H & E Equipment Svc. Inc.<br>11100 Mead Dr., Suite 200<br>Baton Rouge, LA 70816-2260 | H&E Equipment Services, Inc.<br>c/o Scott Sheffler, Esq.<br>2707 W. Fairbanks Ave, Suite 200<br>Winer Park, FL 32789-3342 | Hertz<br>P. O. Box 650280<br>Dallas, TX 75265-0280 |
| Howard Weiss<br>Coface Coll.N.America, Inc.<br>P. O. Box 8510<br>Metairie, LA 70011-8510 | I.C.I. Paints<br>P. O. Box 905066<br>Charlotte, NC 28290-5066 | Internal Revenue Service<br>Attn Chief Insolvency<br>PO Box 21125<br>Philadelphia PA 19114-0325 |
| Joe G. Tedder, CFC<br>Polk County Tax Collector<br>PO Box 2016<br>Bartow, FL 33831-2016 | Joe G. Tedder, Tax Collector<br>P. O. Box 1189<br>Bartow, FL 33831-1189 | John Deere Credit<br>Jeri Jo Dudney<br>P O Box 6600<br>Johnston IA 50131-6600 |
| Jones Walker Attorneys<br>201 St. Charles Avenue<br>50th Floor<br>New Orleans, LA 70170-1000 | Kubota Credit Corporation<br>P.O. Box 829009<br>Dallas, Texas 75382-9009 | Linton, Distasio, Adams &<br>Edwards, PC<br>1720 Mineral Spring Rd.<br>P. O. Box 461<br>Reading, PA 19603-0461 |
| Louisiana Machinery<br>P. O. Box 536<br>Reserve, LA 70084-0536 | MHM Resources Inc.<br>P. O. Box 870725<br>Kansas City, MO 64187-0725 | McGlinchey Stafford<br>One Amiercan Place, 14th Fl<br>Baton Rouge, LA 70825 |
| Mid-Florida F.C.U.<br>P. O. Box 8008<br>Lakeland, FL 33802-8008 | Miller Bearings, Inc.<br>17 S. Westmoreland Drive<br>Orlando, FL 32805-1885 | National Bankruptcy Services.Com LLC<br>c/o Joe M. Lozano, Jr.<br>9441 LBJ Freeway, Suite 350<br>Dallas, TX 75243-4652 |

O.S.I Collection Svc. Inc.
P. O. box 965
Brookfield, WI 53008-0965

Office of US Attorney
Attn Civil Process Clerk
400 North Tampa St Suite 3200
Tampa FL 33602-4774

Office of the United States Trustee
Denise E. Barnett, Trial Attorney
501 East Polk Street, Suite 1200
Tampa, FL 33602-3945

Orix Financial Svcs, Inc.
P. O. Box 72470369
Philadelphia, PA 19170-0001

Patrick Hynes
810 S. Success Avenue
Lakeland, FL 33801-5554

R.M.S.
P. O. Box 509
Richfield, OH 44286-0509

Susanne D. McCabe, Esq.
900 N. Swallowtail Dr., Suit
Port Orange, FL 32129-6102

Taggart, Morton, Ogden, etal
2100 Energy Centre
New Orleans, LA 70163

The Glidden Company
dba ICI Paints
15885 W. Sprague Rd
HQW Rm#A105
Strongsville, OH 44136-1772

Thompson Pump & Mfg Co, Inc
Susanne D. McCabe, Esq
900 N Swallowtail Dr, Suite 101
Port Orange, FL 32129-6103

Thompson Pumps
4620 City Center Drive
Port Orange, FL 32129-4121

Tribos Technologies of Fl
11311 Linbanks Place
Tampa, FL 33617-2520

Valdini & Palmer, P.A.
5535 N. Federal Hwy
Suite 303
Fort Lauderdale, FL 33308

Verizon
P. O. Box 920041
Dallas, TX 75392-0041

Verizon Florida Inc.
404 Brock Drive
Bloomington, IL 61701-2654

(p)WACHOVIA BANK NA
PO BOX 13765
ROANOKE VA 24037-3765

Wood Law Firm
P. O. Drawer 2306
Monroe, LA 71207-2306

Carolyn R. Chaney +
PO Box 530248
St. Petersburg, FL 33747-0248

Scott S Sheffler +
Worman & Sheffler PA
Post Office Box 1764
Orlando, FL 32802-1764

Scott M Grossman +
Greenberg Traurig PA
401 E. Las Olas Blvd., Suite 2000
Fort Lauderdale, FL 33301-4223

Brad W. Hissing +
Kass Shuler Solomon Spector Foyle et al
PO Box 800
Tampa, FL 33601-0800

John J. Lamoureux +
Carlton Fields, PA
PO Box 3239
Tampa, FL 33601-3239

Kathleen S. McLeroy +
Carlton Fields PA
PO Box 3239
Tampa, FL 33601-3239

Gregory A. Sanoba +
The Sanoba Law Firm
422 South Florida Avenue
Lakeland, FL 33801-5227

David B. McEwen, Attorney for Trustee +
David B. McEwen, P.A.
560 First Avenue North
St. Petersburg, FL 33701-3702

United States Trustee - TPA7 +
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602-3949

Tanya M Comparetto +
Tanya M Comparetto, PA
1937 East Edgewood Drive
Lakeland, FL 33803-3415

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Ford Motor Credit Company LLC<br>Drawer 55-953<br>P O Box 55000<br>Detroit MI  48225-0953 | Wachovia Bank<br>113 S. Tennessee Avenue<br>Lakeland, FL 33801 | (d)Wachovia Bank<br>Atn: James Koester (PA 1337)<br>123 S. Broad Street<br>Witherspoon Bldg 7th Fl<br>Philadelphia, PA 19109 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Caterpillar Financial Services Corp. | (u)Ford Motor Credit Company LLC | (u)Anna Marie Duffy |

| | |
|---|---|
| (d)ORIX Financial Services, Inc.<br>c/o Kathleen S. McLeroy, Esq.<br>Carlton Fields, P.A.<br>P.O. Box 3239<br>Tampa, FL  33601-3239 | End of Label Matrix<br>Mailable recipients    86<br>Bypassed recipients     4<br>Total                  90 |