**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
TAMPA DIVISION

In re:  Case No.:  8:08-bk-11059-CPM
 Chapter  7

International Turf Applicators, Inc.

     Debtor.
_____/

### MOTION TO REOPEN CHAPTER 7 CASE AND FOR ORDER DIRECTING THE UNITED STATES TRUSTEE TO APPOINT A SUCCESSOR CHAPTER 7 TRUSTEE

Guy G. Gebhardt, Acting United States Trustee for Region 21, by and through his duly authorized attorney, moves this Honorable Court, pursuant to 11 U.S.C. § 350(b) and Fed. R. Bankr. P. 5010, for the entry of an order reopening the above captioned bankruptcy case and directing the United States Trustee to appoint a chapter 7 trustee, and asserts the following:

1. On July 25, 2008, the Debtors filed a voluntary chapter 7 petition.

2. The United States Trustee appointed Carolyn R. Chaney as the chapter 7 trustee. Trustee Chaney administered the case making a distribution of 8.5% to unsecured creditors. The case was closed February 6, 2014, and the trustee was discharged.

3. The United States Trustee has been notified of the existences of additional funds available for a meaningful distribution to be made to creditors.

4. Accordingly, the bankruptcy case should be reopened pursuant to 11. U.S.C. § 350(b), and the United States Trustee directed to appoint a trustee to administer any available assets for the benefit of the bankruptcy estate and its creditors.

WHEREFORE, the United States Trustee respectfully prays that this Honorable Court grant the motion, enter an order reopening the chapter 7 case and setting aside the final decree,

directing the United States Trustee to appoint a chapter 7 trustee, and for such other and additional relief that this Honorable Court deems appropriate under these premises.

Dated: May 2, 2017

Respectfully submitted,

GUY G. GEBHARDT
Acting United States Trustee, Region 21

By:  /s/*Cynthia P.* Burnette
Cynthia P. Burnette
Assistant U.S. Trustee
Fla. Bar No. 0858110
501 East Polk St. Suite 1200
Tampa, Florida 33602
(813) 228-2000
(813) 228-2303 fax
Cindy.P.Burnette@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically and/or by United States Mail, to the following on or before May 2, 2017:

International Turf Applicators, Inc., 1313 E. Edgewood Drive, Lakeland, FL  33803

International Turf Applicators, Inc., 2910 Drane Field Rd., Lakeland, FL  33811-1329

Joseph F. Lavigne, Jones, Walker, Waechter, Poitevent, 201 St. Charles Avenue,
       New Orleans, LA 70170-5100

David B. McEwen, David B. McEwen, P.A. via CM/ECF Service


*/s/ Cynthia P. Burnette*
Cynthia P. Burnette